Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc. | CASE NO. CV 05-0493 REC TAG |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA AND MIGUEL GARCIA, INDIVIDUALLY AND D/B/A GARCIA'S MEXICAN CUISINE |
| vs. | |
| Bertha Garcia, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE, that the above-entitled action is hereby dismissed **without prejudice** against BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

///

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 15, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 29, 2005          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.


Dated:          */s/ Sheri C. Vinning*
**THE LAW OFFICE OF**
**SHERI CONNELLY VINING**
By: Sheri C. Vining, Esquire
Attorneys for BERTHA GARCIA AND MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE

**IT IS SO ORDERED**:


/s/ROBERT E. COYLE          Dated: July 13, 2005
**The Honorable Robert E. Coyle**
**United States District Court**
**Eastern District of California**

**STIPULATION OF DISMISSAL**
**CV 05-0493 REC TAG**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 29, 2005, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Sheri C. Vining, Esquire | Attorneys for Defendants |
| The Law Offices of Sheri Connelly Vining | Bertha Garcia and Miguel Garcia, |
| 1227 "L" Street | individually and d/b/a |
| Bakersfield, CA 93301 | Garcia's Mexican Cuisine |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 29, 2005, at Los Angeles, California.

Dated: June 29, 2005        */s/ Inesa Mamidjanyan*
                                              INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 3

PDF created with pdfFactory trial version www.pdffactory.com

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Bertha Garcia, et al.<br><br>Defendants. | CASE NO. CV 05-0493 REC TAG<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA AND MIGUEL GARCIA, INDIVIDUALLY AND D/B/A GARCIA'S MEXICAN CUISINE |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE, that the above-entitled action is hereby dismissed **without prejudice** against BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///
///

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 15, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 29, 2005              */s/ Thomas P. Riley*
                                   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                   By:  Thomas P. Riley
                                   Attorneys for Plaintiff
                                   GARDEN CITY BOXING CLUB, INC.


Dated:                            */s/ Sheri C. Vinning*
                                   **THE LAW OFFICE OF**
                                   **SHERI CONNELLY VINING**
                                   By: Sheri C. Vining, Esquire
                                   Attorneys for BERTHA GARCIA AND MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE

**IT IS SO ORDERED**:


/s/ROBERT E. COYLE          Dated: July 13, 2005
**The Honorable Robert E. Coyle**
**United States District Court**
**Eastern District of California**

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 2

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 29, 2005, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Sheri C. Vining, Esquire | Attorneys for Defendants |
| The Law Offices of Sheri Connelly Vining | Bertha Garcia and Miguel Garcia, |
| 1227 "L" Street | individually and d/b/a |
| Bakersfield, CA 93301 | Garcia's Mexican Cuisine |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 29, 2005, at Los Angeles, California.

Dated: June 29, 2005               */s/ Inesa Mamidjanyan*
                                           INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 3

PDF created with pdfFactory trial version www.pdffactory.com

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Bertha Garcia, et al.<br><br>Defendants. | CASE NO. CV 05-0493 REC TAG<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA AND MIGUEL GARCIA, INDIVIDUALLY AND D/B/A GARCIA'S MEXICAN CUISINE |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE, that the above-entitled action is hereby dismissed **without prejudice** against BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

///

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 15, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 29, 2005          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.


Dated:                         */s/ Sheri C. Vinning*
**THE LAW OFFICE OF
SHERI CONNELLY VINING**
By: Sheri C. Vining, Esquire
Attorneys for BERTHA GARCIA AND MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE

**IT IS SO ORDERED**:


/s/ROBERT E. COYLE          Dated: July 13, 2005
**The Honorable Robert E. Coyle
United States District Court
Eastern District of California**

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 2

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 29, 2005, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Sheri C. Vining, Esquire | Attorneys for Defendants |
| The Law Offices of Sheri Connelly Vining | Bertha Garcia and Miguel Garcia, |
| 1227 "L" Street | individually and d/b/a |
| Bakersfield, CA 93301 | Garcia's Mexican Cuisine |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 29, 2005, at Los Angeles, California.

Dated: June 29, 2005                             */s/ Inesa Mamidjanyan*
                                                 INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 3

PDF created with pdfFactory trial version www.pdffactory.com

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Bertha Garcia, et al.<br><br>Defendants. | CASE NO. CV 05-0493 REC TAG<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA AND MIGUEL GARCIA, INDIVIDUALLY AND D/B/A GARCIA'S MEXICAN CUISINE |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE, that the above-entitled action is hereby dismissed **without prejudice** against BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

///

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 15, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 29, 2005          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

Dated:              */s/ Sheri C. Vinning*
**THE LAW OFFICE OF**
**SHERI CONNELLY VINING**
By: Sheri C. Vining, Esquire
Attorneys for BERTHA GARCIA AND MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE

**IT IS SO ORDERED**:

/s/ROBERT E. COYLE          Dated: July 13, 2005
**The Honorable Robert E. Coyle**
**United States District Court**
**Eastern District of California**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 29, 2005, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BERTHA GARCIA and MIGUEL GARCIA, individually and d/b/a GARCIA'S MEXICAN CUISINE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Sheri C. Vining, Esquire | Attorneys for Defendants |
| The Law Offices of Sheri Connelly Vining | Bertha Garcia and Miguel Garcia, |
| 1227 "L" Street | individually and d/b/a |
| Bakersfield, CA 93301 | Garcia's Mexican Cuisine |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 29, 2005, at Los Angeles, California.

Dated: June 29, 2005        */s/ Inesa Mamidjanyan*
                             INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 05-0493 REC TAG
PAGE 3

PDF created with pdfFactory trial version www.pdffactory.com